1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  VENUPRASAD K. POOJARY,            )        Case No. 07cv1885 BEN (AJB)
                                      )
12              Plaintiff,            )
           v.                         )
13                                    )        ORDER GRANTING JOINT MOTION TO
    MICHAEL   CHERTOFF,  Secretary,)          DISMISS COMPLAINT
14  Department of Homeland Security; EMILIO)
    T. GONZALEZ, Director, United States)
15  Citizenship  and   Immigration  Services;)
    PAUL M. PIERRE, District Director, San)
16  Diego District, United States Citizenship)
    and Immigration Services; MICHAEL B.)     [Docket No. 9]
17  MUKASEY,  Attorney General of the)
    United States; ROBERT S. MUELLER, III,)
18  Director, Federal Bureau of Investigation,  )
                                      )
19              Defendants.           )
    _____)
20

21          Having considered the parties' Joint Motion to Dismiss Complaint (Docket No. 9), finding that

22  the parties stipulate to dismissal, and finding the joint motion meritorious, the Court GRANTS the

23  motion and ORDERS that the complaint is DISMISSED without prejudice.

24          **IT IS SO ORDERED.**

25  **DATED:  March 5, 2008**

26                                            _____

27                                            **Hon. Roger T. Benitez**
                                              **United States District Judge**

28